THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

JEANINE HOOTS, individually and as next friend of M.M.H, a minor §§§§§

*Plaintiff*,

v.

JOHN DOE ENTITY,

*Defendant*.

§§§§§§§

Miscellaneous Case No. H-20-1661

## ORDER

On this day, this Court considered Plaintiff's Motion to File Case Under Seal as Jane Doe. Having considered the motion, this Court finds that Plaintiff's Motion is meritorious and hereby GRANTED. The Court finds the that interests in protecting the minor child, Jane Doe 1, and the sensitive nature of the underlying case provides a compelling reason to seal all records associated with this matter and outweighs any interest the public may have in accessing these records.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff and Defendant may proceed anonymously and that all documents associated with Case No. _____ will be sealed in their entirety.

SIGNED on 06·16, 2020

~~JUDGE PRESIDING~~
United States District Judge
Lynn N. Hughes